UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MAX SPECIALTY INSURANCE COMPANY,

    Plaintiff,

v.                                        CASE NO: 8:12-cv-727-T-26MAP

A Clear Title and Escrow Exchange LLC,

    Defendant.
_____/

## O R D E R

Upon due consideration of the procedural history of this case, it is ordered and adjudged that Plaintiff's Motion for Entry of Clerk's Default Against Respondent, A Clear Title and Escrow Exchange, LLC (Dkt. 62) is granted. The Clerk is directed to enter a clerk's default against A Clear Title and Escrow Exchange, LLC. The Court, however, will delay entry of final judgment until the final resolution of the case involving Defendants James Gondeck, Peter G. O'Malley, and Eye in the Sky Pictures, Inc.[1]

**DONE AND ORDERED** at Tampa, Florida, on December 26, 2012.

                                            s/*Richard A. Lazzara*
                                            **RICHARD A. LAZZARA**
                                            **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record

---

[1] Upon reflection, the Court should only have set aside the final default judgment entered against A Clear Title and Escrow Exchange, LLC, and left intact the clerk's default.